IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02361-BNB

SHAWN HENDERSON,

    Applicant,

v.

[NO RESPONDENT NAMED],

    Respondent.

## ORDER OF DISMISSAL

    Applicant, Shawn Henderson, is in the custody of the Illinois Department of Corrections and is incarcerated currently at the Pendleton Correctional Facility in Pendleton, Illinois. He initiated this action by filing *pro se* a Letter with the Court purporting to challenge his criminal conviction.

    In a September 5, 2012 Order, Magistrate Judge Boyd N. Boland directed Mr. Henderson to correct certain deficiencies in this action. Specifically, Mr. Henderson was ordered to submit within thirty days from the date of the Order an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Mr. Henderson was also directed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action along with a certificate showing the current balance in his inmate trust fund account. Magistrate Judge Boland warned Mr. Henderson in the September 5 Order that failure to comply by the court-ordered deadline would result in dismissal of the action without further notice.

    Mr. Henderson has failed to submit any documents in compliance with the

September 5 Order and has not communicated with the Court since he initiated this action on September 4, 2012. Therefore, this action will be dismissed without prejudice.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. **See *Coppedge v. United States***, 369 U.S. 438 (1962). If Applicant files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the September 5, 2012 Order Directing Applicant to Cure Deficiencies. It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Mr. Henderson has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Mr. Henderson may file a motion in the Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  15th  day of    October   , 2012.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court