IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02361-LTB

SHAWN HENDERSON,

    Applicant,

v.

[NO RESPONDENT NAMED],

    Respondent.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 15, 2012, it is hereby

ORDERED that Judgment is entered in favor of Respondent(s) and against Applicant.

DATED at Denver, Colorado, this 15 day of October, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/L. Gianelli
           Deputy Clerk